IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLEO WATKINS, PYLES FAMILY FARMS, LLC,
VICTOR HUTCHERSON, ALVELLA
HUTCHERSON, HELEN KNIGHT,
MICHAEL WATKINS, BETTY WATKINS,
& GEORGE CARNEY                                                                    PLAINTIFFS


v.                                   NO.3:17-cv-272-DPM


LAWRENCE COUNTY, ARKANSAS,
JOHN THOMISON, in his official capacity as
County Judge of LAWRENCE COUNTY,
ARKANSAS, and WILLIAM POWELL,
DONALD RICHEY, LLOYD CLARK,
HEATH DAVIS, ERNEST BRINER,
RONALD INGRAM, TRACY MOORE,
KENNY JONES, & ALEX LATHAM
DEFENDANT, in their official capacities as
members of the LAWRENCE COUNTY
QUORUM COURT                                                                       DEFENDANTS

## PROTECTIVE ORDER

Lawrence County seeks copies of Plaintiffs' tax records for a period of several years. Plaintiffs ask the Court to protect these documents from public disclosure. If Plaintiffs submit these confidential documents to Lawrence County's care without a protective order, there is a possibility they would be subject to disclosure under the Arkansas Freedom of Information Act. These documents are sensitive and highly confidential. No individual outside of the parties in this case needs to see these tax records.

The Arkansas Freedom of Information Act exempts documents that are subject to a protective order from public disclosure. Ark. Code Ann. § 25-19-105(b)(8). Lawrence County and

1

its officials shall not disclose any Plaintiff's tax records to any individual not a party to this suit. Lawrence County must return all of Plaintiffs' tax information within one year of the resolution of this suit, regardless of the ultimate outcome. The Court retains jurisdiction to revolve any dispute about these records during that one-year period. Thereafter, the obligations imposed shall continue, but shall be solely a matter of contract between the parties.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 October 2018