IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLEO WATKINS; PYLES FAMILY FARMS
LLC; VICTOR HUTCHERSON; ALVELLA
HUTCHERSON; HELEN KNIGHT;
MICHAEL WATKINS; BETTY WATKINS;
and GEORGE CARNEY                                                    PLAINTIFFS

v.                                  No. 3:17-cv-272-DPM

LAWRENCE COUNTY, ARKANSAS;
JOHN THOMPSON, in his official capacity
as County Judge of Lawrence County,
Arkansas; and WILLIAM POWELL, DONALD
RICHEY, LLOYD CLARK, HEATH DAVIS,
ERNEST BRINER, RONALD INGRAM,
TRACY MOORE, KENNY JONES, and
ALEX LATHAM, all in their official
Capacities as members of the Lawrence
County Quorum Court                                                   DEFENDANTS

## ORDER

Opposed motion, № 41, granted as modified. Defendants' expert report due as soon as practicable and no later than 19 June 2019. Any plaintiffs' expert's rebuttal report due by 8 July 2019. Discovery cutoff extended to 22 July 2019. All other deadlines in the Final Scheduling Order, № 35, remain in place. No further extensions will be granted absent truly extraordinary circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 June 2019