IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLEO WATKINS; PYLES FAMILY FARMS
LLC; VICTOR HUTCHERSON; ALVELLA
HUTCHERSON; HELEN KNIGHT;
MICHAEL WATKINS; BETTY WATKINS;
and GEORGE CARNEY                                                PLAINTIFFS

v.                          No. 3:17-cv-272-DPM

LAWRENCE COUNTY, ARKANSAS;
JOHN THOMPSON, in his official capacity
as County Judge of Lawrence County,
Arkansas; and WILLIAM POWELL, DONALD
RICHEY, LLOYD CLARK, HEATH DAVIS,
ERNEST BRINER, RONALD INGRAM,
TRACY MOORE, KENNY JONES, and
ALEX LATHAM, all in their official
Capacities as members of the Lawrence
County Quorum Court                                              DEFENDANTS

## ORDER

Defendants' embedded motion, № 44, to modify the Scheduling Order is denied with a caveat. The Court said, when granting the last extension, that there would be "[n]o further extensions . . . absent truly extraordinary circumstances." № 43. None have been presented. To keep the case on track for trial in December, the current schedule must hold. The caveat: the Court encourages the parties to continue

cooperating and tie up any discovery loose ends by agreement in the next few weeks. Joint report, № 44, addressed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 July 2019