IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLEO WATKINS; PYLES FAMILY FARMS
LLC; VICTOR HUTCHERSON; ALVELLA
HUTCHERSON; HELEN KNIGHT;
MICHAEL WATKINS; BETTY WATKINS;
and GEORGE CARNEY                                                        PLAINTIFFS

v.                              No. 3:17-cv-272-DPM

LAWRENCE COUNTY, ARKANSAS;
JOHN THOMISON, in his official capacity
as County Judge of Lawrence County,
Arkansas; and WILLIAM POWELL, DONALD
RICHEY, LLOYD CLARK, HEATH DAVIS,
ERNEST BRINER, RONALD INGRAM,
TRACY MOORE, KENNY JONES, and
ALEX LATHAM, all in their official
capacities as members of the Lawrence
County Quorum Court                                                      DEFENDANTS

## ORDER

The Clerk informs me that all parties have not waived the conflict I identified in my 24 October 2019 Order, № 93. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2019