# IN THE UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLEO WATKINS,** *et al.*                                                                                      **PLAINTIFFS**

**v.**                           **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                                    **DEFENDANTS**

## ORDER

This case was recently transferred to this Court's docket (Dkt. Nos. 94, 95). As a result of other matters currently pending on the Court's trial calendar, the Court removes the pretrial hearing currently set for November 21, 2019, and the trial date currently set for December 16, 2019 (Dkt. Nos. 38, 89), from this Court's calendar. The Court also suspends all other pretrial deadlines that have not passed yet. The pretrial hearing and trial will be reset by separate Order.

So ordered this 15th day of November 2019.

                                                                            _____
                                                                            Kristine G. Baker
                                                                            United States District Judge