**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLEO WATKINS,** *et al.*                                                                    **PLAINTIFFS**

**v.**                                        **Case No. 3:17-cv-00272 KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                                  **DEFENDANTS**

## <u>ORDER</u>

Before the Court is the unopposed motion to amend the pleadings of plaintiffs Cleo Watkins, Pyles Family Farms, LLC, Victor Hutcherson, Alevlla Hutcherson, Helen Knight, Michael Watkins, Betty Watkins, and George Carney (Dkt. No. 135). In support of their motion, plaintiffs state that the Helen Mae Knight Trust holds title to real property that is subject of this lawsuit, and, as trustee of the Helen Mae Knight Trust, Helen Knight is a real party in interest and is properly named as a plaintiff (*Id.*, ¶ 2). Plaintiffs seek to amend to reflect that Helen Knight is the trustee of the Helen Mae Knight Trust (*Id.*, ¶ 3). Plaintiffs also seek to add Brenda Watkins, an owner of real property in Craighead County who claims an interest in the subject matter of this action, as a plaintiff (*Id.*, ¶¶ 5-7). Defendants Lawrence County, Arkansas; John Thomison, in his official capacity as County Judge of Lawrence County; and William Powell, Donald Richey, Lloyd Clark, Heath Davis, Ernest Briner, Ronald Ingram, Tracy Moore, Kenny Jones, and Alex Latham, in their official capacities as members of the Lawrence County Quorum Court do not oppose the motion (*Id.*, ¶ 9).

For good cause shown, the Court grants plaintiffs' unopposed motion to amend the pleadings (*Id.*). Plaintiffs may add Brenda Watkins as a plaintiff and may clarify the name of plaintiff Helen Knight is Helen Knight, Trustee of the Helen Mae Knight Trust. Plaintiffs shall file their amended pleadings within seven days of entry of this Order.

So ordered this 8th day of November, 2021.

_____
Kristine G. Baker
United States District Judge