**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

NOV 2 2 2021

TAMMY H. DOWNS, CLERK
By:_____ 𝒮𝓂𝒲
**DEP CLERK**

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CLEO WATKINS,** *et al.*                                          **PLAINTIFFS**

v.                              **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                  **DEFENDANTS**

### VERDICT FORM

A1.   Have plaintiffs Cleo and Brenda Watkins proven their takings claim against defendants as to parcel 3?

✓ Yes or ___ No (check one or the other)

_Thomas RUf_____          _11/22/21_____
Foreperson                                                    Date

A2.   If you answered "yes" to Question A1, then please answer Question A2. Have defendants proven as to parcel 3 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas RUf_____          _11/22/21_____
Foreperson                                                    Date

A3.   Have plaintiffs Cleo and Brenda Watkins proven their takings claim against defendants as to parcel 7?

✓ Yes or ___ No (check one or the other)

_Thomas RUf_____          _11/22/21_____
Foreperson                                                    Date

A4.    If you answered "yes" to Question A3, then please answer Question A4.  Have defendants proven as to parcel 7 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rolfing_
Foreperson

_11/22/21_
Date

A5.    Have plaintiffs Cleo and Brenda Watkins proven their takings claim against defendants as to parcel 16?

✓ Yes or ___ No (check one or the other)

_Thomas Rolfing_
Foreperson

_11/22/21_
Date

A6.    If you answered "yes" to Question A5, then please answer Question A6.  Have defendants proven as to parcel 16 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rolfing_
Foreperson

_11/22/21_
Date

A7.    Have plaintiffs Cleo and Brenda Watkins proven their takings claim against defendants as to parcel 25?

✓ Yes or ___ No (check one or the other)

_Thomas Rolfing_
Foreperson

_11/22/21_
Date

A8.   If you answered "yes" to Question A7, then please answer Question A8.  Have defendants proven as to parcel 25 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or  ✓ No (check one or the other)

_Thomas Rolfing_
Foreperson

_11/22/21_
Date

A9.   If you answered "yes" to Question A1 and "no" to Question A2; or "yes" to Question A3 and "no" to Question A4; or "yes" to Question A5 and "no" to Question A6; or "yes" to Question A7 and "no" to Question A8 then please answer Question A9.  Please determine the amount of damages awarded to Cleo and Brenda Watkins.

$ 34,301.22 (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

_Thomas Rolfing_
Foreperson

_11/22/21_
Date

B1.  Has plaintiff Brenda Watkins proven her takings claim against defendants as to parcel 4?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlfing_
Foreperson

___11/22/21___
Date

B2.  If you answered "yes" to Question B1, then please answer Question B2. Have defendants proven as to parcel 4 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlfing_
Foreperson

___11/22/21___
Date

B3.  Has plaintiff Brenda Watkins proven her takings claim against defendants as to parcel 9?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlfing_
Foreperson

___11/22/21___
Date

B4.  If you answered "yes" to Question B3, then please answer Question B4. Have defendants proven as to parcel 9 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlfing_
Foreperson

___11/22/21___
Date

B5.    Has plaintiff Brenda Watkins proven her takings claim against defendants as to parcel 23?

✓ Yes or ___ No (check one or the other)

Thomas Rolf
Foreperson

11/22/21
Date

B6.    If you answered "yes" to Question B5, then please answer Question B6. Have defendants proven as to parcel 23 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

Thomas Rohlf
Foreperson

11/22/21
Date

B7.    Has plaintiff Brenda Watkins proven her takings claim against defendants as to parcel 24?

✓ Yes or ___ No (check one or the other)

Thomas Rohlf
Foreperson

11/22/21
Date

B8.    If you answered "yes" to Question B7, then please answer Question B8. Have defendants proven as to parcel 24 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

Thomas Rohlf
Foreperson

11/22/21
Date

B9.    If you answered "yes" to Question B1 and "no" to Question B2; or "yes" to Question B3 and "no" to Question B4; or "yes" to Question B5 and "no" to Question B6; or "yes" to Question B7 and "no" to Question B8 then please answer Question B9.    Please determine the amount of damages awarded to Brenda Watkins.

$ 102,099.31 (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

_Thomas Rohlfing_
Foreperson

_11/22/21_
Date

C1.   Has plaintiff Pyles Family Farms, LLC proven its takings claim against defendants as to parcel 22?

✓ Yes or ___ No (check one or the other)

Thomas R. Alf
Foreperson

11/22/21
Date

C2.   If you answered "yes" to Question C1, then please answer Question C2. Have defendants proven as to parcel 22 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

Thomas Rolaff
Foreperson

11/22/21
Date

C3.   If you answered "yes" to Question C1 and "no" to Question C2, then please answer Question C3. Please determine the amount of damages awarded to Pyles Family Farms, LLC.

$ 47,984.66 (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

Thomas Rolaff
Foreperson

11/22/21
Date

D1.    Have plaintiffs Victor and Alvella Hutcheson proven their takings claim against
       defendants as to parcel 26?

       ✓ Yes or ___ No (check one or the other)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                     Date

D2.    If you answered "yes" to Question D1, then please answer Question D2.  Have
       defendants proven as to parcel 26 that an event intervened that in itself caused
       damage completely independent of their conduct?

       ___ Yes or ✓ No (check one or the other)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                     Date

D3.    If you answered "yes" to Question D1 and "no" to Question D2, then please answer
       Question D3.  Please determine the amount of damages awarded to Victor and
       Alvella Hutcheson.

       $ 16,332.03 (write in a dollar amount or if you find that the plaintiff's
       damages have no monetary value, state the nominal amount of $1.00)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                     Date

E1.    Has plaintiff Helen Knight as the trustee of the Helen Mae Knight Trust proven her takings claim against defendants as to parcel 0?

_✓_ Yes or ___ No (check one or the other)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                        Date

E2.    If you answered "yes" to Question E1, then please answer Question E2. Have defendants proven as to parcel 0 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or _✓_ No (check one or the other)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                        Date

E3.    Has plaintiff Helen Knight as the trustee of the Helen Mae Knight Trust proven her takings claim against defendants as to parcel 8?

_✓_ Yes or ___ No (check one or the other)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                        Date

E4.    If you answered "yes" to Question E3, then please answer Question E4. Have defendants proven as to parcel 8 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or _✓_ No (check one or the other)

_Thomas Rohlfing_                              _11/22/21_
Foreperson                                        Date

E5.    Has plaintiff Helen Knight as the trustee of the Helen Mae Knight Trust proven her takings claim against defendants as to parcel 10?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlf_____        ___11/22/21_____
Foreperson                                                        Date

E6.    If you answered "yes" to Question E5, then please answer Question E6. Have defendants proven as to parcel 10 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlfing_____        ___11/22/21_____
Foreperson                                                        Date

E7.    Has plaintiff Helen Knight as the trustee of the Helen Mae Knight Trust proven her takings claim against defendants as to parcel 15?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlf_____        ___11/22/21_____
Foreperson                                                        Date

E8.    If you answered "yes" to Question E7, then please answer Question E8. Have defendants proven as to parcel 15 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlf_____        ___11/22/21_____
Foreperson                                                        Date

E9.    Has plaintiff Helen Knight as the trustee of the Helen Mae Knight Trust proven her takings claim against defendants as to parcel 17?

_✓_ Yes or ___ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

E10.   If you answered "yes" to Question E9, then please answer Question E10.  Have defendants proven as to parcel 17 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or _✓_ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

E11.   If you answered "yes" to Question E1 and "no" to Question E2; or "yes" to Question E3 and "no" to Question E4; or "yes" to Question E5 and "no" to Question E6; or "yes" to Question E7 and "no" to Question E8; or "yes" to Question E9 and "no" to Question E10, then please answer Question E11.  Please determine the amount of damages awarded to Helen Knight as the trustee of the Helen Mae Knight Trust.

$ _14,831.11_ (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

Page 11 of 16

F1.   Has plaintiff Michael Watkins proven his takings claim against defendants as to parcel 1?

   _✓_ Yes or ___ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

F2.   If you answered "yes" to Question F1, then please answer Question F2. Have defendants proven as to parcel 1 that an event intervened that in itself caused damage completely independent of their conduct?

   ___ Yes or _✓_ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

F3.   If you answered "yes" to Question F1 and "no" to Question F2, then please answer Question F3. Please determine the amount of damages awarded to Michael Watkins.

   $ _55,049.60_ (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)
   (includes $20,000 for dirtwork)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

G1.    Has plaintiff Betty Watkins proven her takings claim as to parcel 2?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlfing_
Foreperson

_11/22/21_
Date

G2.    If you answered "yes" to Question G1, then please answer Question G2. Have defendants proven as to parcel 2 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlfing_
Foreperson

_11/22/21_
Date

G3.    Has plaintiff Betty Watkins proven her takings claim as to parcel 11?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlfing_
Foreperson

_11/22/21_
Date

G4.    If you answered "yes" to Question G3, then please answer Question G4. Have defendants proven as to parcel 11 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlfing_
Foreperson

_11/22/21_
Date

G5.    Has plaintiff Betty Watkins proven her takings claim as to parcel 12?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlfing_
Foreperson

_11/22/21_
Date

Page 13 of 16

G6.   If you answered "yes" to Question G5, then please answer Question G6. Have defendants proven as to parcel 12 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

G7.   Has plaintiff Betty Watkins proven her takings claim as to parcel 20?

✓ Yes or ___ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

G8.   If you answered "yes" to Question G7, then please answer Question G8. Have defendants proven as to parcel 20 that an event intervened that in itself caused damage completely independent of their conduct?

___ Yes or ✓ No (check one or the other)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

G9.   If you answered "yes" to Question G1 and "no" to Question G2; or "yes" to Question G3 and "no" to Question G4; or "yes" to Question G5 and "no" to Question G6; or "yes" to Question G7 and "no" to Question G8 then please answer Question G9. Please determine the amount of damages awarded to Betty Watkins.

$ 50,826.24 (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

_Thomas Rohlf_
Foreperson

_11/22/21_
Date

H1.    Has plaintiff George Carney proven his takings claim as to parcel 18?

    ✓ Yes or ___ No (check one or the other)

Thomas Rohlfing
_____
Foreperson

11/22/21
_____
Date

H2.    If you answered "yes" to Question H1, then please answer Question H2.  Have defendants proven as to parcel 18 that an event intervened that in itself caused damage completely independent of their conduct?

    ___ Yes or ✓ No (check one or the other)

Thomas Rohlfing
_____
Foreperson

11/22/21
_____
Date

H3.    Has plaintiff George Carney proven his takings claim as to parcel 19?

    ✓ Yes or ___ No (check one or the other)

Thomas Rohlfing
_____
Foreperson

11/22/21
_____
Date

H4.    If you answered "yes" to Question H3, then please answer Question H4.  Have defendants proven as to parcel 19 that an event intervened that in itself caused damage completely independent of their conduct?

    ___ Yes or ✓ No (check one or the other)

Thomas Rohlfing
_____
Foreperson

11/22/21
_____
Date

Page 15 of 16

H5.    If you answered "yes" to Question H1 and "no" to Question H2; or "yes" to Question H3 and "no" to Question H4, then please answer Question H5.  Please determine the amount of damages awarded to George Carney.

$ 25,035. 48 (write in a dollar amount or if you find that the plaintiff's damages have no monetary value, state the nominal amount of $1.00)

_Thomas Kelley_
Foreperson

_11/22/21_
Date