**IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLEO WATKINS,** *et al.*                                                                                          **PLAINTIFFS**

**v.**                                       **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                                                    **DEFENDANTS**

**ORDER**

  Federal Rule of Civil Procedure 50(b) sets the deadline for renewing a motion for judgment as a matter of law.  The Court sets in this Order deadlines for briefing the request for injunctive relief of plaintiffs Cleo Watkins; Brenda Watkins; Pyles Family Farms, LLC; Victor Hutcherson; Alevella Hutcherson; Helen Mae Knight, Trustee of the Helen Mae Knight Trust; Michael Watkins; Betty Watkins; and George Carney.  If they choose to do so, plaintiffs may file with the Court a brief addressing their request for injunctive relief on or before January 7, 2022.  If they choose to do so, defendants Lawrence County, Arkansas; John Thomison, in his official capacity as County Judge of Lawrence County; and William Powell, Donald Richey, Lloyd Clark, Heath Davis, Ernest Briner, Ronald Ingram, Tracy Moore, Kenney Jones, and Alex Latham, in their official capacities as members of the Lawrence County Quorum Court may respond to the plaintiffs' brief within 14 days of the date on which plaintiffs' brief is served.  If plaintiffs choose to reply, they may do so within seven days from the date on which defendants' response brief is served.

  It is so ordered, this the 6th day of December, 2021.

                      */s/ Kristine G. Baker*
                      Kristine G. Baker
                      United States District Court Judge