IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLEO WATKINS,** *et al.*                                                                                                 **PLAINTIFFS**

**v.**                         **Case No. 3:17-cv-00272 KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                                    **DEFENDANTS**

**ORDER**

Before the Court is the unopposed motion for extension of time to respond of defendants Lawrence County, Arkansas; John Thomison, in his official capacity as County Judge of Lawrence County; and William Powell, Donald Richey, Lloyd Clark, Heath Davis, Ernest Briner, Ronald Ingram, Tracy Moore, Kenny Jones, and Alex Latham, in their official capacities as members of the Lawrence County Quorum Court (Dkt. No. 175). In their motion, defendants state that plaintiffs Cleo Watkins; Brenda Watkins; Pyles Family Farms, LLC; Victor Hutcheson; Alvella Hutcheson; Helen Knight, as Trustee of the Helen Mae Knight Trust; Michael Watkins; Betty Watkins; and George Carney filed their post-trial motion for injunctive relief on January 7, 2022, and their post-trial response to defendants' renewed motion for judgment as a matter of law on January 14, 2022 (*Id*., ¶¶ 1-2). Defendants assert that their time to respond to both pleadings expires currently on January 21, 2022 (*Id*, ¶ 3). Defendants request an extension of ten days, until January 31, 2022, to respond to both pleadings (*Id*., ¶¶ 4-5). Plaintiffs' counsel does not oppose defendants' motion (*Id*., ¶ 4). For good cause shown, the Court grants defendants' unopposed motion for extension of time to respond (*Id*.). Defendants' shall file their responses to plaintiffs' post-trial motion for injunctive relief and renewed motion for judgment as a matter of law on or before January 31, 2022.

So ordered this 20th day of January, 2022.

                                           Kristine G. Baker
                                           United States District Judge