IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLEO WATKINS,** *et al.*                                                                                   **PLAINTIFFS**

**v.**                                        **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                                      **DEFENDANTS**

## ORDER

Before the Court is the unopposed motion for extension of plaintiffs Cleo Watkins; Brenda Watkins; Pyles Family Farms, LLC; Victor Hutcheson; Alvella Hutcheson; Helen Knight, as Trustee of the Helen Mae Knight Trust; Michael Watkins; Betty Watkins; and George Carney (Dkt. No. 183). Plaintiffs state that their motion for attorneys' fees and costs is currently due on April 18, 2023 (*Id*., ¶ 3). Plaintiffs seek a two-week extension of time, until May 2, 2023, to file their motion for attorneys' fees and costs (*Id*., ¶ 4). Plaintiffs represent that they have conferred with defendants who do not oppose the motion or the two-week extension (*Id*., ¶ 5). For good cause shown, the Court grants plaintiffs' unopposed motion for extension (Dkt. No. 183). Plaintiffs' deadline to file their motion for attorneys' fees and costs is extended to, and including, May 2, 2023.

So ordered this 13th day of April, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Court Judge