IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLEO WATKINS**, *et al.*                                                                                         **PLAINTIFFS**

v.                              **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS**, *et al.*                                                    **DEFENDANTS**

**ORDER**

Before the Court is the unopposed motion for extension of time to respond to plaintiffs' motion for bill of costs and attorney fees of defendants Lawrence County, Arkansas; John Thomison, in his official capacity as County Judge of Lawrence County, Arkansas; and William Powell, Donald Richey, Lloyd Clark, Heath Davis, Ernest Briner, Ronald Ingram, Tracy Moore, Kenny Jones, and Alex Latham, in their official capacities as members of the Lawrence County Quorum Court (Dkt. No. 195).  Defendants state that their deadline to respond to plaintiffs' motion for costs and attorney fees is currently May 16, 2023 (*Id*., ¶ 1).  Defendants seek a two-week extension up to, and including, May 30, 2023, to file their response.  Defendants' counsel has conferred with plaintiffs' counsel, and plaintiffs' counsel has no opposition to the requested two-week extension of time (*Id*., ¶ 2).  For good cause shown, the Court grants defendants' unopposed motion for extension of time to respond to plaintiffs' motion for bill of costs and attorney fees (Dkt. No. 195).  Defendants' deadline to file their response to plaintiffs' motion for bill of costs and attorney fees is extended to, and including, May 30, 2023.

So ordered this 11th day of May, 2023.

_____
Kristine G. Baker
United States District Court Judge