## IN THE UNITED STATES DISTRICT COURT
## EASTER DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CLEO WATKINS,** *et al.*                                                      **PLAINTIFFS**

**v.**                          **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                          **DEFENDANTS**

### AMENDED JUDGMENT

This matter came for trial by jury on November 15-19, and 22, 2021.  Plaintiffs Cleo Watkins; Brenda Watkins; Pyles Family Farms, LLC; Victor Hutcheson; Alvella Hutcheson; Helen Knight, as Trustee of the Helen Mae Knight Trust; Michael Watkins; Betty Watkins; and George Carney appeared with their attorneys Julie DeWoody Greathouse, Forrest Stobaugh, James D. Rankin, III, and M. Christine Dillard.  Defendants Lawrence County, Arkansas; John Thomison, in his official capacity as County Judge of Lawrence County, Arkansas; and William Powell, Donald Richey, Lloyd Clark, Heath Davis, Ernest Briner, Ronald Ingram, Tracy Moore, Kenny Jones, and Alex Latham, in their official capacities as members of the Lawrence County Quorum Court appeared with their attorneys C. Burt Newell and Colin C. Heaton.  All parties announced ready for trial.  A jury of 12 was selected and sworn.

On November 22, 2021, the jury returned a verdict in favor of plaintiffs (Dkt. No. 42). Judgment will be entered on the jury's verdict in favor of plaintiffs against defendants, together with post-judgment interest at the rate of 4.58 per annum from the date of the Judgment until paid in the following amounts:

| | |
|---|---|
| Cleo and Brenda Watkins | $34,301.22 |
| Brenda Watkins | $102,099.31 |
| Pyles Family Farms, LLC | $47.984.66 |
| Victor and Alvella Hutcheson | $16,332.03 |
| Helen Knight as trustee of the Helen Mae Knight Trust | $14,831.11 |

| | |
|---|---:|
| Michael Watkins | $55,049.60 |
| Betty Watkins | $50,826.24 |
| George Carney | $25,035.48 |
| **Total** | $346,459.65 |

On this date, the Court amends the Judgment to reflect that in an Order dated March 30, 2024, the Court awarded plaintiffs reasonable attorneys' fees in the amount of $370,279.00 and costs in the amount of $18,061.11.

The Court denies plaintiffs' request for injunctive relief.

So adjudged this 30th day of March, 2024.

Kristine G. Baker
Chief United States District Court Judge