IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLEO WATKINS,** *et al.*                                                                                    **PLAINTIFFS**

**v.**                                    **Case No. 3:17-cv-00272-KGB**

**LAWRENCE COUNTY, ARKANSAS,** *et al.*                                                **DEFENDANTS**

## ORDER

Before the Court is the plaintiffs' motion for leave to file reply in support of their supplemental injunction briefing (Dkt. No. 233). Plaintiffs state that they filed supplemental briefing in support of their request for injunctive relief, and defendants filed a response (*Id.*, ¶¶ 1–2). Plaintiffs move to file a reply in support of their supplemental briefing to address issues raised in defendant's response (*Id.*, ¶¶ 3-4). For good cause shown, the Court grants plaintiffs' motion (Dkt. No. 233). Plaintiffs shall file their reply in support of their supplemental injunction briefing within 14 days of the date of this Order.

So ordered this 25th day of September, 2025.

                                                                                                *Kristine G. Baker*
                                                                                                Kristine G. Baker
                                                                                                Chief United States District Court Judge